No. 04-01-00090-CV

 

 IN RE BOB ROTH, Jr., TRAVEL MUSIC OF
SAN ANTONIO, INC., TRAVEL MUSIC, INC., D.                                                  WADE HAYDEN, and DAVID L. CUNNINGHAM,

                                                                             Relators 

 

                      
                          Original Mandamus Proceeding

                          Arising from the 150th Judicial
District Court of Bexar County, Texas

                                                Trial Court No. 98-CI-02886

                                              Honorable Janet
Littlejohn, Judge Presiding

 

PER CURIAM

 

Sitting:  Phil
Hardberger, Chief Justice

Catherine Stone,
Justice

Alma L. López, Justice

 

Delivered and Filed:      March
14, 2001

 

PETITION FOR WRIT OF MANDAMUS DENIED

 

The court has
considered relators= petition for writ of mandamus and is of the opinion that
relief should be denied.  Accordingly,
relators= petition for writ of mandamus is denied.  See Tex.
R. App. P. 52.8(a).  Relators
shall pay all costs incurred in this proceeding

PER CURIAM

DO NOT PUBLISH